AMERICAN TACK CO., Inc., et al.

v.

FEDERAL TRADE COMMISSION.

No. 177, Docket 22884.

United States Court of Appeals
Second Circuit.

Argued March 11, 1954.

Decided March 24, 1954.

Maurice Gellar, New York City (Rosenbaum & Gellar, New York City, on the brief), for petitioners.

Alan B. Hobbes, Sp. Atty., Federal Trade Commission, Washington, D. C. (Earl W. Kintner, Gen. Counsel, and Robert B. Dawkins, Asst. Gen. Counsel, Federal Trade Commission, Washington, D. C., on the brief), for respondent.

Before CLARK, MEDINA, and HARLAN, Circuit Judges.

PER CURIAM.

The cease and desist order which requires the disclosure of the country of origin (Germany) not only as to the products complained of, "Solid Head Nickel Plated Thumbtacks," but also as to "other similar products," is of usual nature, consistently upheld by the courts. Consumer Sales Corp. v. F. T. C., 2 Cir., 198 F.2d 404, 408, certiorari denied 344 U.S. 912, 73 S.Ct. 335, 97 L.Ed. 703; Hershey Chocolate Corp. v. F. T. C., 3 Cir., 121 F.2d 968, 971–972; Haskelite Mfg. Corp. v. F. T. C., 7 Cir., 127 F.2d 765, 766; P. Lorillard Co. v. F. T. C., 4 Cir., 186 F.2d 52, 58–59; Hill v. F. T. C., 5 Cir., 124 F.2d 104, 106; Eugene Dietzgen Co. v. F. T. C., 7 Cir., 142 F.2d 321, 329, certiorari denied 323 U.S. 730, 65 S.Ct. 66, 89 L.Ed. 586.

Order affirmed and enforcement granted.